United States District Court
Southern District of Texas
**ENTERED**
April 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**


Jennifer Rush
     Plaintiff

v.                                                      Civil Action No. 4:26−cv−02580

Honest Pest Services LLC
     Defendant


**ORDER FOR CONFERENCE AND**
**DISCLOSURE OF INTERESTED PARTIES**

1.    Counsel shall appear for an initial pretrial and scheduling conference before

**United States District Judge Ewing Werlein, Jr.**
**<u>Friday, July 31, 2026</u> at 02:30 PM**
**515 Rusk, 11th Floor, Room 11521**
**Houston, Texas 77002**

After all Defendants have answered, if all parties desire an earlier date for the conference, they should make a joint request to the Case Manager, Ms. Marilyn Flores, at 713−250−5533.

2.    Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3.    Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4.    After the parties confer as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference a joint discovery/case management plan. A form can be found at <u>www.txs.uscourts.gov</u> under the Judge's Procedures.

5.    The court will enter a scheduling and may rule on any pending motions at the conference.

6.     Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

7.     Attendance by an attorney who has knowledge of the facts and authority to bind the party is required at the conference.

8.     Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference advise the court of the resulsts of their discussions.

9.     A person litigating <u>pro se</u> is bound by the requirements imposed upon counsel in this Order.

10.     Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**Court's Procedures:** Information on the court's practices and procedures and how to reach court personnel may be obtained at the Clerk's website at <u>www.txs.uscourts.gov</u> or from the intake desk of the Clerk's office.

Ewing Werlein, Jr.
United States District Judge