# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | | |
|---|---|---|
| **JENNIFER RUSH, individually and on behalf of all others similarly situated** | ) ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) ) | Civil Action No. 4:26-cv-02580 |
| **HONEST PERST SERVICES LLC** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, ADEGBITE KESTER, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 1, 2026, at 1:52 pm. I delivered these documents to HONEST PERST SERVICES LLC in Harris County, TX on April 2, 2026 at 9:56 am at 6022 HEATHMOOR LN, C/O JAMES E WYATT JR, HOUSTON, TX 77084 by leaving the following documents with James E. Wyatt who as Owner is authorized by appointment or by law to receive service of process for HONEST PERST SERVICES LLC.

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S CLASS ACTION COMPLAINT

Additional Description:
James  E Wyatt. He was about to leave the House when I got there
Race: Black or African American, Sex: Male, Est. Age: Unknown, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 4' 9" to 5'.
Geolocation of Serve: https://google.com/maps?q=29.8644664449,-95.6538925084
Photograph: See Exhibit 1

Total Cost: $95.00

My name is ADEGBITE KESTER, I am 18 years of age or older, and my address is 16115 Fleethaven Ln, Houston, TX 77084, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *ADEGBITE KESTER*

Executed in

Harris County                                    ,

TX        on     4/2/2026            .

ADEGBITE KESTER
+1 (346) 218-6265
Certification Number: PSC-27789
Expiration Date: 7/10/2027



Exhibit 1a)



Exhibit 1b)