**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JENNIFER RUSH, individually and on behalf of all others similarly situated** | § § § § § § § § § § § § | **Case No. 4-26-cv-02580** |
| *Plaintiffs,* | | |
| **v.** | | |
| **HONEST PEST SERVICES, LLC** | | |
| *Defendant.* | | |

**DEFENDANT'S ORIGINAL ANSWER TO THE COMPLAINT AND AFFIRMATIVE DEFENSES**

## I.    GENERAL RESPONSE

Defendant denies each and every allegation in the Complaint except those expressly admitted below. To the extent the Complaint contains duplicate, restarted, or inconsistent paragraph numbering, Defendant responds to the allegations in the order and section in which they appear.

## II.    RESPONSES TO ALLEGATIONS

1. As to Paragraph 1, Defendant denies the allegations.

2. As to Paragraph 2, Defendant denies the allegations.

3. As to Paragraph 3, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

4. As to Paragraph 4, Defendant denies the allegations.

5. As to Paragraph 5, Defendant lacks knowledge or information sufficient to admit or deny the allegations and therefore denies them.

1

6. As to Paragraph 6, Defendant admits only that it is a business entity as alleged, and otherwise denies the remaining allegations.

7. As to Paragraph 7, Defendant admits only that this Court has subject-matter jurisdiction over claims arising under federal law, and otherwise denies any allegation inconsistent therewith.

8. As to Paragraph 8, Defendant lacks knowledge or information sufficient to admit or deny the allegations and therefore denies them.

**The Enactment of the TCPA and its Regulations**

9. As to Paragraph 9, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

10. As to Paragraph 10, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

11. As to Paragraph 11, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

12. As to Paragraph 12, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

13. As to Paragraph 13, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

**Unsolicited Telemarketing to Plaintiff**

14. As to Paragraph 14, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

15. As to Paragraph 15, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

16. As to Paragraph 16, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

17. As to Paragraph 17, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

18. As to Paragraph 18, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

19. As to Paragraph 19, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

20. As to Paragraph 20, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

21. As to Paragraph 21, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

22. As to Paragraph 22, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

23. As to Paragraph 23, Defendant lacks knowledge or information sufficient to admit or deny the allegations concerning Plaintiff's phone number, use, and registration status, and therefore denies them.

24. As to Paragraph 1[1] Defendant denies that it sent four text messages to Plaintiff's telephone number beginning in (417).

25. As to paragraph 2, Defendant cannot admit nor deny whether the screenshots in Plaintiff's Complaint are true and accurate.

26. As to paragraph 3, Defendant admits that any communications that were sent to Plaintiff were not intended for her but rather Polly Spain. Otherwise Defendant cannot admit nor deny whether Polly and Plaintiff were known or unknown to each other.

27. As to paragraph 4, deny.

28. As to paragraph 5, Defendant admits that it did not receive Plaintiff's express consent because she was not the intended recipient of the messages. Otherwise Defendant denies the remaining facts within the paragraph.

29. As to paragraph 6, admit.

---

[1] The paragraphs in Plaintiff's Original Complaint restart at 1 on page 5, thus there are duplicates of the paragraphs that may be confusing. However, Defendant will respond to these paragraphs in sequential order and label the paragraphs as they are labeled in Plaintiff's Original Complaint.

30. As to paragraph 7, Defendant denies the allegations.

31. As to paragraph 8, Defendant denies the allegations.

## Class Action Allegations

32. As to paragraph 9, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

33. As to paragraph 10, Defendant admits the allegations.

34. As to paragraph 11, Defendant can neither admit nor deny the allegations.

35. As to paragraph 12, Defendant denies the allegations.

36. As to paragraph 13, Defendant denies the allegations.

37. As to paragraph 14, Defendant denies the allegations.

38. As to paragraph 15, Defendant can neither admit nor deny the allegations.

39. As to paragraph 16, Defendant denies the allegations.

40. As to paragraph 17, Defendant denies the allegations.

41. As to paragraph 18, Defendant denies the allegations.

42. As to paragraph 19, Defendant denies the allegations.

43. As to paragraph 20, Defendant can neither admit nor deny the allegations.

44. As to paragraph 21, Defendant denies the allegations.

45. As to paragraph 22, Defendant denies the allegations.

46. As to paragraph 23, Defendant denies the allegations.

## First Cause of Action: Violations of 47 U.S.C. §227(c)(5) & 47 C.F.R. §64.1200(c)

47. As to paragraph 24, Defendant incorporates its prior responses to all proceeding paragraphs as if plead herein.

5

48. As to paragraph 25, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

49. As to paragraph 26, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

50. As to paragraph 27, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

51. As to paragraph 28, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

52. As to paragraph 29, Defendant states those paragraphs contain legal conclusions to which no response is required; to the extent a response is required, Defendant denies any allegation inconsistent with applicable law.

53. As to paragraph 30, Defendant denies the allegations.

54. As to paragraph 31, Defendant denies the allegations.

55. As to paragraph 32, Defendant denies the allegations.

### III.   AFFIRMATIVE DEFENSES

First Defense: The alleged violation, if any, was the result of error, and Defendant invokes the safe harbor set forth in 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)(2)(i), to the extent supported by the facts developed in discovery.

Second Defense: Any alleged contact with Plaintiff resulted from a transposed, mistaken, or wrong number and was intended for another person.

Third Defense: Defendant did not willfully or knowingly violate the TCPA or any FCC regulation.

Fourth Defense: Plaintiff was not contacted by Defendant directly, and Defendant is not vicariously liable for any independent act of any third party outside the scope of any actual or apparent authority and absent ratification.

Fifth Defense: As to any intended recipients or putative class members, the claims may be barred in whole or in part by prior express invitation or permission and/or an established business relationship.

Sixth Defense: Plaintiff Rush's profile has been deleted from the advertising platform. There is no reason to believe that she will receive any further messages and an injunction on such messages is moot.

Seventh Defense: Plaintiff's claims are atypical and inadequate for class treatment, and individualized issues predominate.

Eighth Defense: Polly Spain, the intended recipient of the messages, had a legitimate business relationship with the owner of Honest Pest Services for pest services.

Defendant reserves the right to assert additional defenses as discovery proceeds.

## IV. PRAYER

WHEREFORE, Defendant requests that Plaintiff take nothing, that class allegations be denied, that all requested relief be denied, that Defendant recover its costs and such other relief as the Court deems just and proper.

Dated April 23, 2026

Respectfully submitted,

/s/ *Jonathan L. Slotter*_____
Jonathan L. Slotter
SBN: 24090804
jslotter@slotterlaw.com
1000 Main St., Suite 2300
Houston, Texas 77002
281-318-9498 – Telephone

**Attorney for James Wyatt and
Honest Pest Services, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document has been served on all parties, either *pro se*, or through counsel, in accordance with the Federal Rules of Civil Procedure via email, PACER/ECF/other electronic filing system, certified mail, or by other means as ordered by the court on this 23rd day of April, 2026:

Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ Jonathan L. Slotter*
Jonathan L. Slotter
