IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

July 29, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| JENNIFER RUSH, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H:26-CV-2580 |
| | § | |
| HONEST PEST SERVICES LLC, | § § | |
| Defendant. | § | |

ORDER

The Scheduling Conference set in this case on July 31, 2026, at 2:30 p.m. will be conducted by telephone conference.  Following are dial-in instructions:

- At the time of your scheduled conference, please dial 1-669-254-5252,

- Enter Meeting ID:  160 7229 1840, and press "#",

- No Participant ID, press "#",

- Enter Passcode: 11521, and press "#",

- You will now be on the call--place yourself on mute if you are not speaking (*6 to mute/unmute).

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 29th day of July, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE