**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| JENNIFER RUSH, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>HONEST PEST SERVICES LLC<br><br>Defendant. | Case No. 4:26-cv-02580<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Plaintiff Jennifer Rush and Defendant Honest Pest Services LLC, by and through their undersigned counsel, jointly move the Court to continue the Initial Scheduling Conference presently scheduled for July 31, 2026, at 2:30 p.m. by telephone for a period of seven (7) days. In support of this Motion, the parties state as follows:

1.    On July 29, 2026, the Court entered an Order converting the Initial Scheduling Conference scheduled for July 31, 2026, at 2:30 p.m. to a telephonic conference.

2.    Counsel for both Plaintiff and Defendant have unavoidable scheduling conflicts that prevent their participation at the currently scheduled date and time. Plaintiff's counsel will be unavailable due to a previously scheduled conflict, and Defendant's counsel is presently engaged in multiple depositions this week and next week and will likewise be unavailable for the conference.

3.    The parties have conferred and jointly request that the Court continue the Initial Scheduling Conference for approximately seven (7) days, or to the next date convenient for the Court.

4.       This request is made jointly, in good faith, and not for purposes of delay. A brief

continuance will not prejudice any party and will facilitate the orderly management of this case.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court continue the

Initial Scheduling Conference for approximately seven (7) days, or to such other date and time as

is convenient for the Court, and grant such other and further relief as the Court deems just and

proper.

Dated: July 29, 2026                       PLAINTIFF, individually and
                                           on behalf of others similarly situated,

                                           By:

                                           */s/ Anthony I. Paronich*
                                           Anthony I. Paronich
                                           Paronich Law, P.C.
                                           350 Lincoln Street, Suite 2400
                                           Hingham, MA 02043
                                           (508) 221-1510
                                           anthony@paronichlaw.com


                                           */s/ Jonathan L. Slotter*
                                           Jonathan L. Slotter
                                           SBN: 24090804
                                           jslotter@slotterlaw.com
                                           1000 Main St., Suite 2300
                                           Houston, Texas 77002
                                           281-318-9498 – Telephone
                                           *Attorney for Honest Pest Services, LLC*