United States District Court
Southern District of Texas

**ENTERED**

July 30, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER RUSH, *individually and on behalf of all others similarly situated,* | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-26-2580 |
| HONEST PEST SERVICES, LLC, | § § | |
| Defendant. | § | |

ORDER

The parties' Joint Motion to Continue Initial Scheduling Conference (Document No. 11) is GRANTED and the Rule 16 Conference for the above case is RESET to:

Date: **August 28, 2026**
Time: **2:30 p.m. by telephone**

Not less than 10 days before the conference a joint report of meeting and joint discovery/case management plan shall be filed, as required by Fed. R. Civ. P. Rule 26(f).

Signed at Houston, Texas this 30TH day of July 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE