United States District Court
Southern District of Texas
ENTERED
August 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER RUSH, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H:26-CV-2580 |
| HONEST PEST SERVICES LLC, | § | |
| Defendant. | § | |

ORDER

The Scheduling Conference set in this case on August 28, 2026, at 2:30 p.m. will be conducted by telephone conference. Following are dial-in instructions:

- At the time of your scheduled conference, please dial 1-669-254-5252,
- Enter Meeting ID: 160 7229 1840, and press "#",
- No Participant ID, press "#",
- Enter Passcode: 11521, and press "#",
- You will now be on the call--place yourself on mute if you are not speaking (*6 to mute/unmute).

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 25th day of August, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE