Case Number: H-26-CV-2580

Style: Jennifer Rush v. Honest Pest Services LLC

Appearances: PLEASE PRINT CLEARLY

| Counsel: | Representing: |
|---|---|
| Anthony Paronich | Plaintiff |
| Jonathan Slotter | Defendant |

Date: August 28, 2026
Court Reporter: N/A

Time: 2:36pm / 2:46pm
Law Clerk: A. Coffey

**ORDER/DOCKET ENTRY**

(EW) Minutes of RULE 16 SCHEDULING CONFERENCE:

1. [ X ] Docket Control Order entered.
2. [ ] The parties will complete all discovery required for purposes of Alternative Dispute Resolution, including mediation, within ________ days, and no later than ________________ will advise the Court of the identity of a mediator to whom they jointly agree that this case can be referred for mediation.

The parties will inform the Court at such time that they think mediation would be helpful to the resolution of the case and will advise the Court of the identity of a mediator to whom they jointly agree that this case can be referred for mediation.

The Clerk will file this entry and mail copies to all parties.

Ewing Werlein, Jr.
United States District Judge