**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNIFER RUSH, individually and on behalf of all others similarly situated,** | § | **CIVIL ACTION NO. 4:26-cv-02580** |
| | § | |
| **Plaintiff,** | § | **JUDGE EWING WERLEIN, JR.** |
| | § | |
| **v.** | § | |
| | § | |
| **HONEST PEST SERVICES LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT HONEST PEST SERVICES LLC'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

Pending before the Court is Defendant Honest Pest Services LLC's Rule 12(c) Motion for Judgment on the Pleadings. Having considered the motion, the pleadings, the applicable law, and the record, the Court concludes that the motion should be granted.

Plaintiff's sole cause of action arises under 47 U.S.C. § 227(c)(5) and is based exclusively on four alleged text messages. The Complaint does not allege that Plaintiff received any telephone call. Section 227(c)(5) authorizes a private action by a person who receives more than one "telephone call" within a twelve-month period. The phrase "telephone call" does not encompass the written text messages alleged here. See *Steidinger v. Blackstone Medical Services, LLC*, 182 F.4th 532, 533–39 (7th Cir. 2026). Neither FCC materials nor cases interpreting § 227(b) may expand § 227(c)(5)'s differently worded private remedy. See *Bradford v. Sovereign Pest Control of Texas, Inc.*, 167 F.4th 809, 812–13 (5th Cir. 2026).

Because the defect is legal rather than factual, further amendment would be futile. No amendment concerning the same four written communications could convert them into "telephone calls" within the meaning of § 227(c)(5). See *Stripling v. Jordan Production Co.*, 234 F.3d 863, 872–73 (5th Cir. 2000). Dismissal with prejudice is therefore warranted.

Accordingly, Defendant Honest Pest Services LLC's Rule 12(c) Motion for Judgment on the Pleadings is **GRANTED**. Plaintiff's sole claim under 47 U.S.C. § 227(c)(5), together with the corresponding class allegations, is **DISMISSED WITH PREJUDICE**. Because no claims remain, the Court will enter final judgment by separate document.

It is SO ORDERED.

SIGNED on this day ___________________, 2026.

**EWING WERLEIN, JR.**
**UNITED STATES DISTRICT JUDGE**