**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

JENNIFER RUSH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HONEST PEST SERVICES LLC

Defendant.

Case No. 4:26-cv-02580

**JURY TRIAL DEMANDED**

**PROPOSED ORDER DENYING DEFENDANT'S**
**RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is Defendant Honest Pest Services LLC's Rule 12(c) Motion for Judgment on the Pleadings. ECF No. 16. Having considered the Motion, Plaintiff's Opposition, the pleadings, the applicable law, and the record, the Court concludes that the Motion should be denied.

It is therefore ORDERED that Defendant Honest Pest Services LLC's Rule 12(c) Motion for Judgment on the Pleadings, ECF No. 16, is **DENIED**.

SIGNED at Houston, Texas, on ____________________, 2026.

________________________
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE